
FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) 2:17-CR-076-RFB
)
    Plaintiff, )
)
v. ) Preliminary Order of Forfeiture
)
JESSY STEWART JAMES, )
)
    Defendant. )

This Court finds that defendant Jessy Stewart James pled guilty to Counts One through Eight of an Eight-Count Criminal Information charging him in Counts One through Seven with Hobbs Act Robbery – Commercial Institution in violation of Title 18, United States Code, Section 1951(a) and in Count Eight with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Information, ECF No. 45; Change of Plea, ECF No. 70; Plea Agreement, ECF No. 68

This Court finds defendant Jessy Stewart James agreed to the imposition of the in personam criminal forfeiture money judgment of $9,107 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951(a), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense and (2) any

property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Jessy Stewart James shall pay an in personam criminal forfeiture money judgment of $9,107 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jessy Stewart James an in personam criminal forfeiture money judgment of $9,107.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE